| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Bety Javidzad (Bar No. 240598)<br>DENTONS US LLP<br>601 South Figueroa Street, Suite 2500<br>Los Angeles, California 90017-5704<br>T: +1 213 623 9300<br>F: +1 213 623 9924<br>E: bety.javidzad@dentons.com<br>ATTORNEY(S) FOR: Defendant Reliant Services Group, LLC | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of other similarly situated,<br><br>Plaintiff(s),<br>v.<br>RELIANT SERVICES GROUP, LLC, and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant(s) | CASE NUMBER:<br><br>2:18-cv-07592-R-MAA<br><br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    Reliant Services Group, LLC    or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| None | |

November 21, 2018
Date

Signature
Bety Javidzad

Attorney of record for (or name of party appearing in pro per):
Reliant Services Group, LLC



## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this case.  My business address is Suite 2500, 601 South Figueroa Street, Los Angeles, California 90017-5704.

A true and correct copy of the foregoing document entitled CERTIFICATION AND NOTICE OF INTERESTED PARTIES was served in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and Local Rules, the foregoing document will be served by the court via NEF and hyperlink to the document.  On November 21, 2018, I checked the CM/ECF docket for this case and determined that the following person/s is/are on the Electronic Mail Notice List to receive NEF transmission at the email address/es stated below.

Todd M. Friedman #216752
Meghan E. George #274525
Adrian R. Bacon #280332
Thomas E. Wheeler #308789
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367-7104

Counsel for Plaintiff
T: 888 595 9111 / F: 866 633 0228
E: tfriedman/mgeorge/abacon/twheeler@toddflaw.com

**2. SERVED BY UNITED STATES MAIL:**  On November 21, 2018, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**3. SERVED BY PERSONAL DELIVERY, NEXT BUSINESS DAY, FACSIMILE TRANSMISSION OR EMAIL:**  Pursuant to F.R.Civ.P. 5 and/or controlling local rule, on November 21, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email.  Listing the judge here constitutes a declaration that personal or next business day delivery to the judge will be completed within 12 court business hours after the document is filed.

Honorable Manuel L. Réal
U.S. District Court for the Central District of California
Roybal Federal Building and U.S. Courthouse
255 East Temple Street, 8th Floor, Courtroom 880
Los Angeles, CA 90012

☒ By Hand to the Judge's Dropbox w/ NEF behind, bluebacked and double-hole punched
☐ By Next Business Day [Trkg#_____]
☐ By Facsimile to _____
☐ Proposed Orders by Email to r_chambers@cacd.uscourts.gov

Honorable Maria A. Audero
U.S. District Court for the Central District of California
Roybal Federal Building and U.S. Courthouse
255 East Temple Street, 6th Floor, Courtroom 690
Los Angeles, CA 90012

☐ By Hand to the Judge's Dropbox w/ NEF behind
☐ By Next Business Day [Trkg#_____]
☐ By Facsimile to _____
☐ Proposed Orders/Proposed Sealed Docs by Email to MAA_chambers@cacd.uscourts.gov

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 21, 2018 | Frederick Kalve | *(signature)* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**PROOF OF SERVICE – Case No. 2:18-cv-07592-R-MAA**

Amended from USBC Form F 9013-3.1
109687926\V-1

1